IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIFFANY BROWN | CRIMINAL ACTION NO.<br>1:22-cr-00359-TWT-JEM |

## ORDER TO MODIFY CONDITIONS OF RELEASE

It is hereby ORDERED that the Defendant's conditions of release in [Doc. 11] are MODIFIED to impose sections (7)(n)(ii) (home detention) and (7)(o) (location monitoring), and to add an additional condition, numbered (7)(s), to require the Defendant to submit to periodic monitoring of financial transactions by the U.S. Probation Office. Section 7(o) shall require Location Monitoring Technology as directed by the pretrial services office or supervising officer.

In addition, condition (7)(r) (travel requests) is rescinded.

**SO ORDERED** this 17th day of January, 2025.

_____
HON. CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

Proposed Order Submitted By:
Joseph Austin
Attorney for Tiffany Brown
Federal Defender Program, Inc.

Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax: 404-688-0768
Joe_Austin@FD.org